ACCEPTED
01-14-00104-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 4:13:50 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FIRST DISTRICT OF TEXAS AT HOUSTON

NO. 01-14-00104-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/9/2015 4:13:50 PM
CHRISTOPHER A. PRINE
Clerk

WHITE LION HOLDINGS, L.L.C.

Appellant

vs.

THE STATE OF TEXAS

Appellee

On Appeal from
The 98th District Court of Travis County, Texas
Trial Court No. D-1-GV-06-000627 and D-1-GV-13-001068

## APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING AND REHEARING EN BANC

Jacqueline Lucci Smith
TBA #: 00786073
LUCCI SMITH LAW PLLC
10810 Katy Freeway, Suite 102
Houston, Texas 77043
Tel.: 832-494-1700
Email: JLS@LucciSmithLaw.com

Joan Lucci Bain
TBA #: 01548020
BAIN & BAIN PLLC
10810 Katy Freeway, Suite 102
Houston, Texas 77043
Tel.: 713-629-6222
JBain@BainandBainlaw.net

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Appellant, White Lion Holdings, LLC brings this motion for extension of time to file Motion for Rehearing and Motion for Rehearing *En Banc* seeking an extension of one week in which to file the motion. The extension is not sought for delay, but so that justice may be done.

A. September 24, 2015, this Court issued a revised opinion and revised judgment.

B. The current deadline for filing the Motion for Rehearing and Motion for Rehearing *En Banc* is November 9, 2015.

C. This Court granted two extensions for Motions for Rehearing from its Opinion dated April 9, 2015.

D. The Court granted one previous extension for filing a motion for rehearing regarding the September 24, 2015 opinion.

E. Appellant seeks a short extension of one week, until November 16, 2015.

F. An extension is needed for the following reasons:

a. Appellant's counsel, Joan Lucci Bain, was preferentially set for trial last week and was unable to work on the brief.

b. Appellant's counsels' brother, who is in the military and stationed in Japan, surprised the family with a visit last week. This was his

first visit home in over a year and most of the weekend was spent with family.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this Court grant an extension of one week to file the Motion for Rehearing and Rehearing *En Banc*.

Respectfully Submitted,

**LUCCI SMITH LAW PLLC**

By: */s/ Jacqueline Lucci Smith*
Jacqueline Lucci Smith
TBA #: 00786073
10810 Katy Freeway, Suite 102
Houston, Texas 77043
Tel.: 832-494-1700
Email: JLS@LucciSmithLaw.com

And

**BAIN & BAIN PLLC**

Joan Lucci Bain
TBA #: 01548020
10810 Katy Freeway, Suite 102
Houston, Texas 77043
Tel.: 713-629-6222
Email: JBain@BainandBainlaw.net

## VERIFICATION

I declare under penalty of perjury that the facts contained within the foregoing Motion for Extension of Time to file Motion for Rehearing and Motion for Rehearing *En Banc* are within my knowledge and are true and correct.

/s/ *Jacqueline Lucci Smith*
Jacqueline Lucci Smith


## CERTIFICATE OF CONFERENCE

I, undersigned counsel of record, certify that I conferred with Craig Pritzlaff, counsel for Appellee, on November 9, 2015 and that he is not opposed to the granting of this extension.

/s/ *Jacqueline Lucci Smith*
Jacqueline Lucci Smith


## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Appearance of Counsel was served on counsel for the State, Craig Pritzlaff, by email on November 9, 2015.

/s/ *Jacqueline Lucci Smith*
Jacqueline Lucci Smith